UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

GALAXY GAMING, INC.,

        Plaintiff,

vs.

IN BET GAMING, INC., *et al.,*

        Defendants.

2:14-cv-01956-RFB-VCF

**ORDER**

Before the court is the Discovery Plan and Scheduling Order (#19).

IT IS HEREBY ORDERED that a hearing on the Discovery Plan and Scheduling Order (#19) is scheduled for 11:00 a.m., March 27, 2015, in courtroom 3D.

DATED this 12th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE