Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
Steven A. Caloiaro
Nevada Bar No. 12344
WATSON ROUNDS, P.C.
10000 West Charleston Blvd., Suite 240
Las Vegas, Nevada 89135
Telephone: (702) 636-4902
Facsimile: (702) 636-4904

*Attorneys for Plaintiff and Counter-Defendant
Galaxy Gaming, Inc.*

Robert C. Ryan
Nevada Bar No. 7164
HOLLAND & HART, LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada  89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179

Bryce K. Kunimoto
Nevada Bar No. 7781
HOLLAND & HART, LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650

*Attorneys for Defendants and Counterclaimants
In Bet Gaming, Inc. and In Bet, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALAXY GAMING, INC., a Nevada Corporation,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>          v.<br><br>IN BET GAMING, INC., a New Jersey corporation, IN BET, LLC, a Connecticut limited liability company,<br><br>          Defendants and Counterclaimants. | Case No. 2:14-cv-01956-RFB-VCF<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING COMPLETION OF *INTER PARTES* REVIEW PROCEEDINGS AND PROPOSED ORDER** |

Plaintiff GALAXY GAMING, INC. ("Galaxy") and Defendants IN BET GAMING, INC. and IN BET, LLC (collectively referred to as "Defendants") stipulate as follows:

1. Galaxy filed its Complaint against Defendants on November 24, 2014. *See* Docket Entry ("Dkt.") 1. The Complaint alleges infringement of U.S. Patent No. 7,175,180 ("the '180 Patent") by Defendants' IN BETween table game product.

2. On January 22, 2015, Defendants filed their Answer and Counterclaims denying infringement and seeking a declaratory judgment that the '180 Patent is invalid and not infringed by Defendants. *See* Dkt. 12.

3. On April 3, 2015, the Court entered a Discovery Plan and Scheduling Order. *See* Dkt. 26.

4. On April 24, 2015, Defendants filed a petition with the United States Patent and Trademark Office ("PTO") seeing *Inter Partes* Review ("IPR") of the '180 Patent. The PTO must decide whether to institute the IPR by no later than November 11, 2015 pursuant to 35 U.S.C. § 314(b).

5. On May 1, 2015, Defendants filed a Motion to Stay Pending *Inter Partes* Review. *See* Dkt. 27. Galaxy will not oppose the stay requested in this motion but intends to oppose the merits of the IPR.

6. In light of the foregoing, the parties stipulate to a stay of this case and all of its deadlines pending resolution of the IPR proceeding.

7. Every 90 days from the entry of an order on this stipulation, the parties shall file a joint report to apprise the Court of the status of the IPR proceeding on the '180 Patent.

8. Fifteen days after the completion of the IPR proceeding, either party may file a motion to lift the stay in this matter without prejudice to the other party's position on the subject of stay.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| **HOLLAND & HART LLP** | **WATSON ROUNDS** |
| /s/ Robert C. Ryan | /s/ Michael D. Rounds |
| Robert C. Ryan (7164) | Michael D. Rounds (4734) |
| 5441 Kietzke Lane, Second Floor | Adam K. Yowell (11748) |
| Reno, Nevada 89511 | Steven A. Caloiaro (12344) |
| Bryce K. Kunimoto (7781) | 10000 West Charleston Blvd., Suite 240 |
| Ryan Loosvelt (8550) | Las Vegas, Nevada 89135 |
| 9555 Hillwood Drive, 2nd Floor | |
| Las Vegas, Nevada 89134 | *Attorneys for Plaintiff and Counter-Defendant Galaxy Gaming, Inc.* |
| Christopher B. Hadley | |
| HOLLAND & HART LLP | |
| 222 South Main St., Suite 2200 | |
| Salt Lake City, UT 84101 | |
| Phone: (801) 799-5873 | |
| Fax: (801) 618-4238 | |
| cbhadley@hollandhart.com | |

*Attorneys for Defendants and Counterclaimants In Bet Gaming, Inc. and In Bet, LLC*

## ORDER

**IT IS SO ORDERED**.

DATED this 18th day of May, 2015.

_____
U.S. MAGISTRATE JUDGE

IT IS FURTHER ORDERED that Defendants' Motion to Stay (#27) is DENIED as MOOT.