BROWNSTEIN HYATT FARBER SCHRECK, LLP
Michael D. Rounds
Nevada Bar No. 4734
Adam K. Yowell
Nevada Bar No. 11748
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@bhfs.com
Email: ayowell@bhfs.com

*Attorneys for Plaintiff,*
*GALAXY GAMING, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| GALAXY GAMING, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> v. <br><br> IN BET GAMING, INC., a New Jersey corporation, IN BET, LLC, a Connecticut limited liability company, <br><br> Defendants. | CASE NO.: 2:14-cv-01956-RFB-VCF <br><br> **SUBSTITUTION OF ATTORNEY** |

Plaintiff Galaxy Gaming, Inc., hereby substitutes Mark Borghese and the law offices of BORGHESE LEGAL, LTD, as counsel or record in this matter in place of the law offices of BROWNSTEIN HYATT FARBER SCHRECK, LLP.

DATED this 20th day of January, 2016

GALAXY GAMING, INC.

By: Gary Vecchiarelli
Its: CFO

1

**ACCEPTANCE OF SUBSTITUTION**

Mark Borghese of BORGHESE LEGAL, LTD, hereby accepts appointment as counsel of record for Plaintiff in the above-captioned matter.

DATED this 20th day of January, 2016          BORGHESE LEGAL, LTD

MARK BORGHESE
Nevada Bar No.:
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone:  (702) 382-0200
Facsimile:  (702) 382-0212


**CONSENT TO SUBSTITUTION**

Michael D. Rounds of BROWNSTEIN HYATT FARBER SCHRECK, LLP, hereby consents to the substitution of Mark Borghese and the law offices of BORGHESE LEGAL, LTD, in place as counsel of record for Plaintiff in the above-captioned matter.

DATED this 20 day of January, 2016          BROWNSTEIN HYATT FARBER
                                            SCHRECK, LLP

MICHAEL D. ROUNDS
Nevada Bar No.: 4734
5371 Kietzke Lane
Reno, NV 89511
Telephone:  (775) 324-4100
Facsimile:  (775) 333-8171

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775 324-4100

IT IS SO ORDERED

_____

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATED:

January 20, 2016

3

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) the undersigned certifies that on this date a true and correct copy of the foregoing document, **SUBSTITUTION OF ATTORNEY,** will be served upon counsel of record via electronic mail through the Court's CM/ECF system.

DATED: January 20, 2016      /s/ Jeff Tillison
                                           An Employee of Brownstein Hyatt Farber Schreck, LLP

BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
775.324.4100

4