JAMES D. BOYLE, ESQ.
Nevada Bar No. 8384
E-mail: jboyle@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Defendants and Counter Claimants*
*INBET GAMING, INC. and IN BET, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GALAXY GAMING. INC., a Nevada Corporation, | Case No.: 2:14-cv-01956-RFB-VCF |
| Plaintiff and Counter-Defendant, | SUBSTITUTION OF ATTORNEY |
| v. | |
| IN BET GAMING, INC., a New Jersey corporation, IN BET, LLC, a Connecticut limited liability company, | |
| Defendants and Counter Claimants. | |

IN BET GAMING, INC. and IN BET, LLC (collectively "Defendants/Counter Claimants") hereby substitute HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, 400 South Fourth Street, Third Floor, Las Vegas, NV 89101, telephone (702) 791-0308, as attorney of record in place and stead of HOLLAND & HART, LLP.

DATED: 6-9-16

_____
IN BET GAMING, INC.

DATED: 6-9-16

_____
IN BET, LLC

1  We consent to the above substitution.

2                                               **HOLLAND & HART LLP**

3  DATED: 6/9/2016

4                                               Bryce K. Kunimoto, Esq.
5                                               9555 Hillwood Drive, Second Floor
                                               Las Vegas, NV 89134
6                                                 Phone: (702) 669-4600
7                                                 Fax:  (702) 669-4650
                                               E-mail:
8                                                 bkunimoto@hollandhart.com

9                                                 Robert C. Ryan, Esq.
                                               5441 Kietzke Lane, Second Floor
10                                                Reno, NV 89511
                                               Phone: (775) 327-3000
11                                                Fax:  (775) 786-6179
12                                                E-mail: rcryan@hollandhart.com

13                                                Christopher Brett Hadley, Esq.
                                               222 S. Main Street, Suite 220
14                                                Salt Lake City, UT 84101
15                                                Phone: (801) 799-5873
                                               Fax:  (801) 799-5700
16                                                E-mail: cbhadley@hollandhart.com

17

18

19

20

21

22

23

24  ///
25  ///
26  ///
27

1. I am duly admitted to practice in this District, and have been retained in this matter.
2. Above substitution accepted.

**HOLLEY DRIGGS, WALCH**
**FINE WRAY PUZEY & THOMPSON**

DATED: 6-9-2016

James D. Boyle, Esq.
Nevada Bar No. 8384
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
Phone: (702) 791-0308
Fax:    (702) 791-1912

APPROVED:

DATED: June 13, 2016

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate